## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

**In re Petition for Subpoena directed to** )
    **United States Capitol Police,** )    Miscellaneous No.
_____

### NOTICE OF REMOVAL OF A CIVIL ACTION

    The United States Capitol Police ("Capitol Police"), by and through undersigned counsel,

hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1442(a) and 1446.  In support of

this Notice, the Capitol Police states as follows:

    1.  The Capitol Police is not a party to *Rapkievian v. Forte*, a personal injury suit pending in

the Superior Court of the District of Columbia as Civil Action No. 2013 CA 005234.

    2.  On or about August 8, 2013, the Capitol Police received from counsel for plaintiff

Carolyn Rapkievian a copy of a "Petition to Conduct Depositions for the Purpose of Perpetuating

Testimony Pursuant to District of Columbia Superior Court Rule of Civil Procedure 27"

(hereinafter "Petition").  *See* Ex. 1 hereto (attaching all materials received by Capitol Police

concerning the civil action).  In the same mailing, the Capitol Police also received notice of a

show cause hearing that plaintiff has, without any prior notice to defendant, set for August 12,

2013, in the Superior Court, *see id.*, apparently in order to have the Petition decided so as to

compel the Capitol Police to appear for a deposition pursuant to a Superior Court subpoena that

plaintiff seeks to have the Superior Court Clerk of Court issue.  *See id.* (proposed Order).

    3.  This is a matter within this Court's original jurisdiction.  The Capitol Police is an agency

of the United States, 28 U.S.C. § 1442(a)(1).  *See* 2 U.S.C. § 1901 (establishing Capitol Police);

2 U.S.C. § 1961 (providing for policing of Capitol buildings and grounds); 2 U.S.C. § 1967

(explaining law enforcement authority).  *See also* 28 U.S.C. § 1442(a)(4) (providing for removal

of matters involving "officer[s] of either House of Congress").

4.   Further, this matter involves a "civil action" "commenced in a State court"[1] that is "directed to" the Capitol Police. 28 U.S.C. § 1442(a).   Specifically, the term "civil action" "include[s] any proceeding (whether or not ancillary to another proceeding) to the extent that in such proceeding a judicial order, including a subpoena for testimony or documents, is sought." *Id.* § 1442(d)(1) (as amended effective Jan. 2, 2013).   That is precisely what plaintiff's Petition seeks.   *See* Ex. 1 (proposed Order) (requesting that Superior Court order "that the [Superior Court] Clerk of Court issue a subpoena in accordance herewith" and that such "subpoena and Notice of Deposition *Duces Tecum* [may be served] on Thomas A. DiBiase, Deputy General Counsel for the United States Capitol Police").

5.   Accordingly, the Petition and any subpoena matters concerning the Capitol Police involving *Rapkievian v. Forte* are hereby removed to this Court.   *See id.* ("If removal is sought for a proceeding described in the previous sentence, and there is no other basis for removal, only that proceeding may be removed to the district court."); *see also Brown & Williamson Tobacco Corp. v. Williams*, 62 F.2d 408, 415 (D.C. Cir. 1995) (permitting removal of District of Columbia Superior Court subpoena action that sought production of documents by Congressmen, because federal jurisdiction even under the pre-amendment version of 28 U.S.C. § 1442(a) applied to "any proceeding in which state judicial civil power was invoked against a federal official").   The underlying civil action and the private parties thereto remain in Superior Court.

6.   Moreover, the Superior Court subpoena plaintiff seeks via her Petition is barred as a matter of law.   A non-party federal defendant such as the Capitol Police is not subject to a state court or District of Columbia Superior Court subpoena either for testimony or for the production of documents because "the federal government is shielded by sovereign immunity." *Houston*

---

[1] District of Columbia courts are treated as "state" courts for removal purposes.   28 U.S.C. § 1451; *id.* §§ 1442(d)(5)-(6); *Palmore v. United States*, 411 U.S. 389, 395 n.5 (1973).

*Bus. Journal v. Office of the Comptroller of the Currency*, 86 F.3d 1208, 1211 (D.C. Cir. 1996).

Further, where as here "the underlying litigation is in state court," a litigant cannot "avoid the

limitation on the state court's subpoena power [by] obtain[ing] a federal-court subpoena

instead." *Id.* at 1212. "[I]n such circumstances the federal court lacks subject-matter jurisdiction

to issue the subpoena." *Id.* Accordingly, unless the parties are able to reach a mutually

agreeable resolution of this matter, defendant plans to ask that this Court deny plaintiff's

Petition, as a Superior Court subpoena may not be issued to the Capitol Police, and this Court

likewise may not issue its own similar subpoena to facilitate plaintiff's Superior Court litigation.

WHEREFORE, this civil action—that is, plaintiff Carolyn Rapkievian's "Petition to

Conduct Depositions for the Purpose of Perpetuating Testimony Pursuant to District of Columbia

Superior Court Rule of Civil Procedure 27" currently pending as part of *Rapkievian v. Forte*,

Superior Court of the District of Columbia Civil Action No. 2013 CA 005234, and any subpoena

matters concerning the Capitol Police that have arisen or may arise in that suit—are hereby

removed to this Court pursuant to 28 U.S.C. §§ 1442(a) and 1446. A Notice of Filing of this

Notice of Removal is being filed this date with the District of Columbia Superior Court.

Dated: August 9, 2013

Respectfully submitted,

RONALD C. MACHEN JR., D.C. Bar #447889
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

By: /s/

PETER C. PFAFFENROTH, D.C. Bar # 496637
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2513

*Attorneys for United States Capitol Police*

3

LAW OFFICES

# McCARTHY WILSON

**Exhibit 1**

A LIMITED LIABILITY PARTNERSHIP

2200 RESEARCH BOULEVARD

SUITE 500

ROCKVILLE, MARYLAND 20850

(301) 762-7770
FAX (301) 926-7444
EMAIL ATTYS@MCWILSON.COM
WWW.McWILSON.COM

THOMAS PATRICK RYAN*+
ROBERT B. HETHERINGTON*+
DAVID L. RUBINO*+
RICHARD W. EVANS*+^
JONATHAN R. CLARK*+
NICHOLAS ANDREWS*+
MICHAEL B. DE TROIA*+

JOSEPH S. McCARTHY
(1918-1983)

CHARLES E. WILSON, JR
(1941-2012)

RONALD W. COX, JR. *+*^
AMY LEETE LEONE*+
SHARI COHEN BOSCOLO*+
MARISA R. SCHOLLAERT*+
MEGAN B. GREENE*+
KATHLEEN A. FAWCETT*+
JESSICA D. CORACE*+
SAMANTHA JACOBSON FAULB*+*
STEVEN A. LONG*+
ADAM J. SILVERMAN*
RUDY CHOUNOUNE, JR.*

111 S. CALVERT STREET
SUITE 2700
BALTIMORE, MARYLAND 21202
(410) 500-4296
Fax (410) 500-4297

1604 SPRINGHILL ROAD
SUITE 338
VIENNA, VIRGINIA 22182
(703) 957-2450
Fax (703) 957-2451

*ADMITTED IN MD
+ADMITTED IN DC
*ADMITTED IN VA
^ADMITTED IN NH

PLEASE REPLY TO

JACOBSONFAULBS@MCWILSON.COM

August 1, 2013

Thomas A. DiBiase
Office of General Counsel
United States Capitol Police
119 D Street, NE
Washington, DC 20510

Re:   Carolyn Rapkievian v. Antoinette M. Forte
Notice of Show Cause Hearing: 8/12/2013; 3:30 p.m.
Petition to Conduct Depositions to Perpetuate Evidence
Notices of Deposition Duces Tecum

Dear Mr. DiBiase:

Please be advised that this firm represents Carolyn Rapkievian. Mrs. Rapkievian was the victim in a motor vehicle accident that occurred on Constitution Avenue and First Street, in NW Washington, DC on May 16, 2013 at approximately 4:30 p.m. We have communicated with the Office of General Counsel, and responding U.S. Capitol Police officers regarding surveillance video evidence that depicts the accident and photographs from the accident scene, and have been told such evidence cannot be obtained without a subpoena.

Enclosed please find a Notice of Hearing in this matter regarding our Petition to Conduct Depositions for the Purpose of Perpetuating Testimony, a copy of the aforementioned petition, a proposed order that would grant a subpoena for that information in this matter, and a Notice of Records Deposition addressed to you. Please note that the records deposition allows the deponent to mail the records requested in lieu of personal appearance.

Thomas A. DiBiase, Office of General Counsel
United States Capitol Police
Page 2
August 1, 2013


     Thank you for your help with this matter. Should you have any questions or require any additional information, please do not hesitate to contact me.

               Very truly yours,

               Richard W. Evans

RWE/kog
Enclosures

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
*TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA*
OFFICE OF THE JUDGE-IN-CHAMBERS
*OFICINA DEL JUEZ DE TURNO*

Carolyn Rapkevian
_____
Plaintiff / *Demandante*

vs.                                                 Case No. / *No. de caso* 2013 CA 5234

Antoinette m forte
_____
Defendant / *Demandado*

### NOTICE OF HEARING / *AVISO DE AUDIENCIA*

You are hereby notified that Plaintiff has filed a/an/ *Por el presente, se le notifica que el/la Demandante ha presentado un/a:*

☐ Application for a Temporary Restraining Order (T.R.O.) / *Solicitud para una Orden de Restricción Temporal (T.R.O por sus siglas en inglés)*

☐ Motion for a Preliminary Injunction / *Petición para un Mandato Judicial Preliminar*

☒ Other / *Otro*: ___SHOW CAUSE_____

The following Hearing has been scheduled for/has been continued to / *Se ha programado/aplazado la siguiente audiencia para:*

☐ ___8/12/2013___ at / *a la(s)* ___330___ ~~a.m.~~/p.m. a/ *para*
      (date / *fecha*)            (time / *hora*)

☐ Hearing on the Application for Temporary Restraining Order / *una audiencia sobre la solicitud para una Orden de Restricción Temporal*

☐ Status Hearing on the Motion for Preliminary Injunction / *una audiencia sobre la petición para un Mandato Judicial Preliminar*

☒ Other / *Otro*: ___SHOW CAUSE_____

will be heard by / *se ventilará ante:*

☐ Judge-in-Chambers / *el juez de turno*

☐ the calendar Judge / *el juez asignado*, Judge / *Juez* _____, calendar / *calendario* _____

at the following location / *en el siguiente lugar:*

☐ Judge-in-Chambers Room 4220 (4th Floor)/ *Juez de turno, Oficina 4220 (4to Piso)* – 500 Indiana Ave. NW

☐ 500 Indiana Ave. NW, Courtroom / *Sala* _____

☐ Building / *Edificio* A: 515 5th St. NW, Courtroom / *Sala*_____

☐ Building / *Edificio* B: 510 4th St. NW, Courtroom / *Sala*_____

If you wish to be heard, your presence is required / *Si desea hablar ante el juez, se requerirá su presencia.*

WHITE – DEFENDANT                    CANARY – PLAINTFF                    PINK – COURT FILE

REVISED FORM SO-2064/AUG 2012 / TRANSLATED BY OCIS AUG 2012

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

Carolyn Kopkievion
_____
Plaintiff

vs.                                                    13 - 0 0 0 5 2 3

                                                       Case Number _____

Antoinette M. Forte
_____
Defendant

## SUMMONS

To the above named Defendant:

     You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

     You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Richard W. Evans
_____
Name of Plaintiff's Attorney

2200 Research Boulevard, Suite 500
_____
Address

Rockville, Maryland 20850
_____

301-762-7770
_____
Telephone

如需翻译，请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시오    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

*Clerk of the Court*

By _____
                                       *Deputy Clerk*

Date _____

    IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

    If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-682-2700) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                                      CASUM.doc

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

CAROLYN RAPKIEVIAN )
404 Brown Street )
Washington Grove, MD 20880 )
)
Plaintiff )
)
v. ) Case No.
)
ANTOINETTE M. FORTE ) **13 - 0 0 0 5 2 3 4**
109 Franklin Street NE, #E-34 )
Washington, DC 20002 )
)
Defendant )

RECEIVED
Civil Clerk's Office
JUL 3 1 2013
Superior Court of the
District of Columbia
Washington, D.C.

## PETITION TO CONDUCT DEPOSITIONS FOR THE PURPOSE OF PERPETUATING TESTIMONY PURSUANT TO DISTRICT OF COLUMBIA SUPERIOR COURT RULE OF CIVIL PROCEDURE 27

COMES NOW the Plaintiff, Carolyn Rapkievian, by and through counsel, Richard W. Evans, Esquire, and McCarthy Wilson LLP, and petitions this Honorable Court to permit Plaintiff to conduct depositions for the purpose of perpetuating testimony and other evidence pursuant to D.C. Super. Ct. R. Civ. P. 27 and D.C. S.C.R.--Civ. R. 27, and as reasons therefore, states the following:

1.      Plaintiff is currently investigating a motor vehicle accident, which resulted in the Defendant violently striking the Plaintiff as a pedestrian walking across the street in the crosswalk and at all times having the right-of-way, at the intersection of Constitution Avenue and First Street in Northwest Washington, DC on May 16, 2013 at approximately 4:30 p.m., which caused the Plaintiff to sustain severe and permanent physical injuries and other significant damages.

LAW OFFICES
McCARTHY WILSON
A LIMITED LIABILITY PARTNERSHIP
2200 RESEARCH BLVD,
SUITE 500
ROCKVILLE, MD 20850
(301) 762-7770

2.    Plaintiff has requested voluntary production of photographs, video surveillance, investigation file materials, and related evidence from the United States Capitol Police, who first responded to the scene.

3.    To date, Plaintiff has been unable to obtain such evidence, including critical photographs and surveillance video.   While the United States Capitol Police has been very responsive and cooperative, they indicate that they cannot release this information without a subpoena issued by this Honorable Court.

4.    Upon information and belief, Plaintiff believes that this evidence is critical to her case as it shows, demonstrates, supports and substantiates her claim that the Defendant, Ms. Forte, negligently, abruptly and without the right-of-way entered the intersection and turned left immediately into the Plaintiff's person and, as a result, violently struck the Plaintiff as she crossed the street, in the crosswalk, threw her 18 feet, and dragged her under her vehicle.

5.    Defendant, Ms. Forte, failed to operate her vehicle in a reasonably prudent manner, failed to obey the posted speed limit and/or failed to maintain a reasonable speed under the circumstances, failed to control her vehicle, failed to pay full time and attention to where she was driving, failed to keep her eyes on the road, failed to keep a proper look out for pedestrians, failed to keep a reasonable distance between her vehicle and pedestrians crossing the road, including specifically the Plaintiff, failed to yield the right-of-way to the Plaintiff crossing the street and otherwise exposed others, including the Plaintiff, to an unreasonable risk of injury, and as a result, Defendant, Ms. Forte, negligently and carelessly

LAW OFFICES
McCARTHY WILSON
A LIMITED LIABILITY PARTNERSHIP
2200 RESEARCH BLVD.
SUITE 500
ROCKVILLE, MD 20850
(301) 762-7770

2

struck the Plaintiff, causing a violent collision, substantial injuries and other damages to the Plaintiff.

6.      Plaintiff has attached as **Exhibit A** to this Petition, a Notice of Deposition *Duces Tecum* for Thomas A. DiBiase, Deputy General Counsel for the United States Capitol Police, to produce copies of any and all investigatory file materials, including all photographs and surveillance video evidence, of the accident on May 16, 2013 at approximately 4:30 p.m., involving the Plaintiff and the Defendant.

7.      District of Columbia Superior Court Rule of Civil Procedure 27 authorizes the action requested of this Court and issuance of notice of records deposition and subpoena described herein.

WHEREFORE, the Plaintiff, Carolyn Rapkievian, respectfully requests that this Honorable Court grant this petition to conduct depositions for the purpose of perpetuating testimony, pursuant to District of Columbia Superior Court Rule of Civil Procedure 27.

Respectfully submitted,

McCARTHY WILSON LLP

Richard W. Evans, Esquire #448436
2200 Research Boulevard
Suite 500
Rockville, Maryland 20850
(301) 762-7770
evansr@mcwilson.com
Attorneys for Plaintiff
Carolyn Rapkievian

LAW OFFICES
McCARTHY WILSON
A LIMITED LIABILITY PARTNERSHIP
2200 RESEARCH BLVD.
SUITE 500
ROCKVILLE, MD 20850
(301) 762-7770

3

## CERTIFICATE OF SERVICE

I HERBY CERTIFY that a copy of the foregoing Petition to Conduct Depositions for the Purpose of Perpetuating Testimony, was mailed, this 30th day of July, 2013, to:

Antoinette M. Forte
109 Franklin Street NE, #E-34
Washington DC, 20002
*Defendant*

Thomas A. DiBiase
Office of General Counsel
United States Capitol Police
119 D Street NE
Washington, DC 20510
*Deputy General Counsel*

Richard W. Evans, Esquire #448436

LAW OFFICES
McCARTHY WILSON
A LIMITED LIABILITY PARTNERSHIP
2200 RESEARCH BLVD.
SUITE 500
ROCKVILLE, MD 20850
(301) 762-7770

4

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

CAROLYN RAPKIEVIAN                     )
404 Brown Street                       )
Washington Grove, MD 20880             )
                                       )
          Plaintiff                    )
                                       )
v.                                     )     Case No.:
                                       )
ANTOINETTE M. FORTE                    )
109 Franklin Street NE, #E-34          )
Washington, DC 20002                   )
                                       )
          Defendant                    )

## ORDER

UPON CONSIDERATION of the Plaintiff's Petition to Conduct Depositions for the Purpose of Perpetuating Testimony Pursuant to District of Columbia Superior Court Rule of Civil Procedure 27, and for good cause having been shown, it is this ___ day _____, 2013, by the Superior Court of the District of Columbia, hereby,

ORDERED, that the Plaintiff's Petition to Conduct Depositions for the Purpose of Perpetuating Testimony Pursuant to District of Columbia Superior Court Rule of Civil Procedure 27 is GRANTED; and it is further,

ORDERED, that the Clerk of Court issue a subpoena in accordance herewith; and,

LAW OFFICES
MCCARTHY WILSON
A LIMITED LIABILITY PARTNERSHIP
2200 RESEARCH BLVD.
SUITE 500
ROCKVILLE, MD 20850
(301) 762-7770

ORDERED, that the Plaintiff may serve the subpoena and Notice of Deposition *Duces Tecum* on Thomas A. DiBiase, Deputy General Counsel for the United States Capitol Police.

 

                                     _____

Judge, Superior Court of the District of Columbia

LAW OFFICES
MCCARTHY WILSON
A LIMITED LIABILITY PARTNERSHIP
2200 RESEARCH BLVD.
SUITE 500
ROCKVILLE, MD 20850
(301) 762-7770

2

Copies to:

Antoinette M. Forte
109 Franklin Street NE, #E-34
Washington DC, 20002
*Defendant*

Thomas A. DiBiase
Office of General Counsel
United States Capitol Police
119 D Street NE
Washington, DC 20510
*Deputy General Counsel*

Richard W. Evans, Esquire
McCarthy Wilson LLP
2200 Research Boulevard, Suite 500
Rockville, Maryland 20850
*Attorneys for Plaintiff*
*Carolyn Rapkievian*

LAW OFFICES
McCARTHY WILSON
A LIMITED LIABILITY PARTNERSHIP
2200 RESEARCH BLVD.
SUITE 500
ROCKVILLE, MD 20850
(301) 762-7770

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

CAROLYN RAPKIEVIAN                    )
404 Brown Street                     )
Washington Grove, MD 20880           )
                                     )
          Plaintiff                  )
                                     )
          v.                         )          Case No:
                                     )
ANTOINETTE FORTE                     )
109 Franklin Street NE, #E-34        )
Washington, DC 20002                 )
                                     )
          Defendant                  )

### NOTICE OF DEPOSITION *DUCES TECUM*

PLEASE TAKE NOTICE that the Plaintiff, Carolyn Rapkievian, by and

through her attorneys, McCarthy Wilson LLP and Richard W. Evans, will take the

records deposition of the party listed below, at the time set opposite his/her name,

at the following location:

**Merill LAD**
**1325 G Street, N.W.**
**Suite 200**
**Washington, D.C.  20005**

LAW OFFICES
McCARTHY WILSON
A LIMITED LIABILITY PARTNERSHIP
2200 RESEARCH BLVD.
SUITE 500
ROCKVILLE, MD 20850
(301) 762-7770

before a Notary Public, or some other person authorized by law to administer

oaths, for the purpose of discovery in this action, pursuant to the Rules of Court:

| Person to be Deposed | Date | Time |
|---|---|---|
| Thomas A. DiBiase | September 9, 2013 | 10:00 a.m. |
| Deputy General Counsel | | |
| United States Capitol Police | | |



PLAINTIFF'S EXHIBIT
A

The deponent is to produce copies of any and all of the documents requested in the attached Schedule A.

**PLEASE NOTE**: THIS IS A RECORDS DEPOSITION AND DEPONENT MAY MAIL RECORDS IN LIEU OF PERSONAL APPEARANCE AT DEPOSITION.  ALL RECORDS SOUGHT SHOULD BE RECEIVED AT LEAST ONE WEEK PRIOR TO THE DEPOSITION DATE, AND THE DEPOSITION WILL BE CANCELLED UPON THEIR RECEIPT.

Respectfully submitted,

McCARTHY WILSON LLP

Richard W. Evans, Esquire #448436
2200 Research Boulevard
Suite 500
Rockville, Maryland 20850
(301) 762-7770
evansr@mcwilson.com
Attorneys for Plaintiff Carolyn Rapkievian

LAW OFFICES
McCARTHY WILSON
LIMITED LIABILITY PARTNERSHIP
2200 RESEARCH BLVD.
SUITE 500
ROCKVILLE, MD 20850
(301) 762-7770

## CERTIFICATE OF SERVICE

I HERBY CERTIFY that a copy of the foregoing Notice of Deposition *Duces Tecum*, was mailed, this 30th day of July, 2013, to:

Antoinette M. Forte
109 Franklin Street NE, #E-34
Washington DC, 20002
Defendant

Thomas A. DiBiase, Deputy General Counsel
Office of General Counsel
United States Capitol Police
119 D Street, N.E.
Washington, D.C.  20510

Merrill LAD
1325 G Street, N.W.
Suite 200
Washington, D.C.  20005

Richard W. Evans, Esquire #448436

LAW OFFICES
MCCARTHY WILSON
A LIMITED LIABILITY PARTNERSHIP
2200 RESEARCH BLVD.
SUITE 500
ROCKVILLE, MD 20850
(301) 762-7770

3

## SCHEDULE A

### Definitions

As used in this Schedule of Requested Documents, the following words shall have the following meanings:

a.    The term "document" means the complete original or complete copy—and each non-identical copy (where different from the original because of notes made on the copy or otherwise)—of any writing or record, including, but not limited to, all electronic, written, typewritten, handwritten, printed or graphic matter of any kind or nature, however produced or reproduced, any mechanical or electronic visual or sound recordings, including, without limitation, all tapes and discs, and any other data compilations from which information can be obtained, translated, if necessary, through detection devices into reasonably useable form, now in your possession, custody, or control. The term "document" includes, but is not limited to, e-mails, text messages, letters and other correspondence, notes, diagrams, sketches, memoranda, written statements, police reports, internal reports, external communication, reports to other government agencies, reports of any kind, minutes of meetings, notes, calendar or diary entries, agendas, bulletins, graphs, charts, maps, photographs, audio and video recordings, drawings, data, telegrams, teletypes, computer printouts, magnetic tapes, discs, microfilm, and microfiche.

b.    The term "you" or "your" means The United States Capitol Police and their officers, agents, employees, investigators, inspectors, and representatives.

c.    Any term that references any governmental entity, group of persons, or any other business or legal entity shall be deemed to include reference to any current or former officer, partner, member, director, employee, agent, accountant, advisor, investigator, inspector, attorney, direct or indirect shareholder, representative, affiliate, subsidiary, predecessor, successor, assignee, parent company, or any other individual or business entity at any time related to, or directly or indirectly controlled by, any such person or legal entity.

d.    "Occurrence" means the occurrence described in Plaintiff's **Petition to Conduct Depositions for the Purpose of Perpetuating Testimony**, the motor vehicle accident, which resulted in the Defendant violently striking the Plaintiff as a pedestrian walking across the street in the crosswalk and at all times having the right-of-way, at the intersection of Constitution Avenue and First Street in Northwest Washington, DC on May 16, 2013 at approximately 4:30 p.m., which

LAW OFFICES
McCARTHY WILSON
A LIMITED LIABILITY PARTNERSHIP
2200 RESEARCH BLVD.
SUITE 500
ROCKVILLE, MD 20850
(301) 762-7770

4

caused the Plaintiff to sustain severe and permanent physical injuries and other significant damages, filed in the case of *Carolyn Rapkievian v. Antoinette Forte*, in the Superior Court for the District of Columbia.

  e.    The term "communication" means any transmission of information by one or more persons and/or between two or more persons by any means, including telephone conversations, letters, telegrams, telexes, telecopies, electronic mail, text messages, instant messages, other computer linkups, written memoranda, and face-to-face conversations.

  f.    The term "person(s)" means natural persons, associations, corporations, firms, joint ventures, partnerships, sole proprietorships, all business or government organizations or arrangements, or any other kind of entity. If the entity is not a natural person, then it includes all natural persons associated with the entity.

  g.    The terms "relating to," "relates to," "refer to," "connected to," or "concerning" means mentioning, discussing, reflecting, containing, embodying, stating, dealing with, or making reference to or relating to in any way.

  h.    The words "and" and "or" shall be construed conjunctively or disjunctively as necessary to make the request inclusive rather than exclusive.

  i.    Use of either the singular or plural should not be construed as a limitation and the use of the singular should be construed, where applicable, as plural or vice versa.

  j.    The terms "includes" and "including" are terms of enlargement and not of limitation or exclusive enumeration, and use of the terms does not create a presumption that components not expressed are excluded.

  k.    "Plaintiff" means Carolyn Rapkievian, the pedestrian victim in the Occurrence.

LAW OFFICES
McCARTHY WILSON
A LIMITED LIABILITY PARTNERSHIP
2200 RESEARCH BLVD.
SUITE 500
ROCKVILLE, MD 20850
(301) 762-7770

  l.    "Defendant" means Antoinette M. Forte, the negligent driver who struck the Plaintiff in the crosswalk with the signal in the Occurrence.

  m.    Documents should be produced as they are kept in the ordinary course of business, complete with the original file folders, binders, or other containers in which they are stored (or legible copies of the labels from these folders, binders, or containers).

5

n.     Documents that are in paper form or that constitute other physical objects from which recorded information may be visually read, as well as audio or video tapes and similar recordings, should be produced in their original form or in copies that are exact duplicates of the originals.

o.     All electronic documents shall be provided in full and in their native format on CD, DVD, or USB external hard drive.

p.     With respect to any claim of privilege as to one or more documents requested herein, provide a list with the following information, and any additional information necessary to permit the Plaintiff to assess the applicability of the privilege claimed, for each such document:

(1)     The name, source, and date of the document;

(2)     A description of the document's subject matter;

(3)     The name and address of the document's author;

(4)     The name and address of each recipient of the document, and the date upon which the document was received;

(5)     The name and addresses of all persons to whom the contents of the document have been disclosed, the date of such disclosure, and the means of such disclosure;

(6)     The document's location and custodian; and

(7)     The basis for the claim of privilege, including the identity of the person asserting the privilege or rule as well as the legal basis for asserting that privilege, or other reason for non-production.

q.     This request is deemed continuing, and it is requested that supplemental responses and production be provided as additional documents become available.

LAW OFFICES
McCARTHY WILSON
A LIMITED LIABILITY PARTNERSHIP
2200 RESEARCH BLVD.
SUITE 500
ROCKVILLE, MD 20850
(301) 762-7770

6

Exhibit 2

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
Civil Division

| | |
|---|---|
| **CAROLYN RAPKIEVIAN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | Case No. 2013 CA 005234 |
| ) | |
| **ANTOINETTE M. FORTE,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## NOTICE OF FILING OF NOTICE OF REMOVAL OF A CIVIL ACTION

PLEASE TAKE NOTE that on August 9, 2013, the United States Capitol Police

("Capitol Police") filed with the Clerk of the United States District Court for the District of

Columbia a Notice of Removal in the above-captioned civil action, pursuant to 28 U.S.C. §§

1442(a)(1) and 1446. The Capitol Police thereby removed plaintiff Carolyn Rapkievian's

"Petition to Conduct Depositions for the Purpose of Perpetuating Testimony Pursuant to District

of Columbia Superior Court Rule of Civil Procedure 27" (filed July 31, 2013), which is currently

pending and which is set for a show cause hearing before the Judge-in-Chambers on August 12,

2013. The Capitol Police further removed any subpoena matters concerning the Capitol Police

that have arisen or may arise in this suit. As to the above-stated matters, the Superior Court of

the District of Columbia "shall proceed no further unless and until the case is remanded." *See* 28

U.S.C. § 1446(d). As explained in the Notice of Removal, the underlying civil action involving

plaintiff Carolyn Rapkievian and defendant Antoinette Forte is not being removed.

A copy of the Notice of Removal is attached hereto.

Dated: August 9, 2013                 Respectfully submitted,

                                      RONALD C. MACHEN JR., D.C. Bar #447889
                                      United States Attorney

                                      DANIEL F. VAN HORN, D.C. Bar # 924092
                                      Chief, Civil Division

                        By:  /s/_____
                                      PETER C. PFAFFENROTH, D.C. Bar # 496637
                                      Assistant United States Attorney
                                      555 Fourth Street, N.W.
                                      Washington, D.C. 20530
                                      (202) 252-2513

                                      *Attorneys for United States Capitol Police*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th of August, 2013, service of the foregoing document has been made by United States mail to:

Richard W. Evans, Esq.
McCarthy Wilson LLP
2200 Research Blvd.
Suite 500
Rockville, MD 20850
*Counsel for Plaintiff Carolyn Rapkievian*

A copy of the foregoing is also being served upon Plaintiff's counsel by email this same date.

/s/ _____
Peter C. Pfaffenroth

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th of August, 2013, service of the foregoing Notice of Removal of a Civil Action has been made by United States mail to:

Richard W. Evans, Esq.
McCarthy Wilson LLP
2200 Research Blvd.
Suite 500
Rockville, MD 20850
*Counsel for Plaintiff Carolyn Rapkievian*

A copy of the foregoing is also being served upon Plaintiff's counsel by email this same date.

/s/
Peter C. Pfaffenroth